# EXHIBIT A-38



**DISTRICT OF COLUMBIA COURT OF APPEALS**

**BOARD ON PROFESSIONAL RESPONSIBILITY**

| | |
|---|---|
| In the Matter of | |
| **JEFFREY B. CLARK** | **Disciplinary Docket No.** |
| **A Member of the Bar of the District of Columbia Court of Appeals** | **2021-D193** |
| **Bar No. 455315** | |
| **Date of Admission: July 7, 1997** | |

## MOTION TO FILE UNDER SEAL

Comes now Jeffrey B. Clark, Respondent in the above-entitled matter, and requests that his Motion to Dismiss be filed under seal. ███████████

█████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

████████████  Respondent therefore respectfully requests that the Board

place the Motion to Dismiss under seal ██████████████

Respectfully submitted this 1 day of September, 2022.

| | |
|---|---|
| /s/ *Charles Burnham* | Robert A. Destro* |
| Charles Burnham | Ohio Bar #0024315 |
| DC Bar No. 1003464 | 4532 Langston Blvd, #520 |
| Burnham and Gorokhov, PLLC | Arlington, VA 22207 |
| 1424 K Street, NW | 202-319-5303 |
| Suite 500 | robert.destro@protonmail.com |
| Washington DC 20005 | *Motion for pro hac vice admission* |

(202) 386-6920
charles@burnhamgorokhov.com


Harry W. MacDougald*
Georgia Bar No. 453076
Caldwell, Carlson, Elliott & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

*Motion for pro hac vice admission*

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served counsel for the opposing party

with a copy of this *Motion to File Under Seal* by U.S. First Class Mail with

sufficient postage thereon to insure delivery, and by email addressed to:

Hamilton P. Fox
Jason R. Horrell
D.C. Bar
Building A, Room 117
515 5th Street NW
Washington DC 20001
foxp@dcodc.org

This this 1 day of September, 2022.

/s/ *Charles Burnham*
Charles Burnham
DC Bar No. 1003464

1424 K Street, NW
Suite 500
Washington DC 20005
(202) 386-6920
charles@burnhamgorokhov.com

3