# EXHIBIT A-48

DISTRICT OF COLUMBIA COURT OF APPEALS

BOARD ON PROFESSIONAL RESPONSIBILITY



| | |
|---|---|
| In the Matter of<br><br>JEFFREY B. CLARK<br><br>A Member of the Bar of the District of Columbia Court of Appeals<br><br>Bar No. 455315<br><br>Date of Admission: July 7, 1997 | Disciplinary Docket No.<br><br>2021-D193 |

## RESPONDENT'S WITHDRAWAL OF MOTION REGARDING PUBLICLY AVAILABLE FILINGS

Comes now Jeffrey B. Clark, Respondent in the above-entitled matter, and withdraws his Motion Regarding Publicly Available filings as moot in light of the ruling of the District of Columbia Court of Appeals on September 15, 2022, and the Board Chair's ensuing Order later on September 15, 2022, ordering that all previously sealed filings in this case be filed in unredacted form within two days of September 15, 2022.  All filings appear to have been placed on the public website.  Respondent maintains his objections to the aforementioned orders of the Court and Board for the grounds stated in previous filings.

Respectfully submitted this 19 day of September, 2022.

/s/ Charles Burnham
Charles Burnham
DC Bar No. 1003464
Burnham and Gorokhov, PLLC
1424 K Street, NW
Suite 500
Washington DC 20005
(202) 386-6920
charles@burnhamgorokhov.com

Robert A. Destro*
Ohio Bar #0024315
4532 Langston Blvd, #520
Arlington, VA 22207
202-319-5303
robert.destro@protonmail.com

*Motion for pro hac vice admission in progress*

Harry W. MacDougald*
Georgia Bar No. 453076
Caldwell, Carlson, Elliott & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, Georgia 30346
(404) 843-1956
hmacdougald@ccedlaw.com

* *Motion for pro hac vice admission in progress*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this day served counsel for the opposing party with a copy of this Respondent's Withdrawal of Motion regarding Publicly Available Filings by U.S. First Class Mail with sufficient postage thereon to insure delivery, and by email addressed to:

    Hamilton P. Fox
    Jason R. Horrell
    D.C. Bar
    Building A, Room 117
    515 5th Street NW
    Washington DC 20001
    foxp@dcodc.org

This this 19 day of September, 2022.

                                                                  */s/ Charles Burnham*
                                                                   Charles Burnham
                                                                   DC Bar No. 1003464

1424 K Street, NW
Suite 500
Washington DC 20005
(202) 386-6920
charles@burnhamgorokhov.com