# EXHIBIT B-18

UNDER SEAL

DCCA No. 21-BS-0059

DISTRICT OF COLUMBIA
COURT OF APPEAL

| | | |
|---|---|---|
| In the Matter of | : | |
| | : | |
| Confidential (J.B.C.), | : | Disciplinary Docket No. 2021-D193 |
| | : | |
| Respondent | : | |
| | : | |
| A Member of the Bar of the District of Columbia Court of Appeals | : | |

## MOTION TO UNSEAL

On February 3, 2022, Disciplinary Counsel filed a Motion to Enforce Subpoena *Duces Tecum* with respect to Mr. Clark.  The Motion was filed, and accepted by the Court under seal.  At the time, no charges had been filed against Mr. Clark. DCCA Rule XI, § 17(a) provides that disciplinary proceedings are to be kept confidential until a petition has been filed.  On July 19, 2022, a petition and a specification of charges against Mr. Clark was filed with the Board on Professional Responsibility.  Mr. Clark was served on July 22, 2022.  While Disciplinary Counsel still seeks enforcement of its subpoena in order to use the subpoenaed documents in the pending proceeding, this matter should no longer be under seal.  The requirement of confidentiality ends with the filing of charges.

WHEREFORE, this motion should be granted and the pleadings that have been filed in this matter, and any subsequent filings, should be matters of public record.

        Respectfully submitted,

        *Hamilton P. Fox, III*

        _____
        Hamilton P. Fox, III
        Disciplinary Counsel
        Bar Registration No. 113050

        /s/ Jason R. Horrell
        Jason R. Horrell
        Assistant Disciplinary Counsel
        Bar Registration No. 1033885

        OFFICE OF DISCIPLINARY COUNSEL
        515 Fifth Street, N.W.
        Building A, Room 117
        Washington, D.C. 20001
        (202) 638-1501

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August 2022, I caused a copy of the foregoing *Motion to Unseal* to be served to Respondent's counsels via email to Harry W. MacDougald, Esquire hmacdougald@CCEDlaw.com, to Charles Burnham, Esquire, to charles@burnhamgorokhov.com, and Robert A. Destro, Esquire, to Robert.destro@protonmail.com.

*Hamilton P. Fox, III*
_____
Hamilton P. Fox, III