# EXHIBIT B-22



August 31, 2022

Mark Langer, Clerk of Court
DC Court of Appeals
430 E St. NW
Washington, DC 20001

RE:   In the Matter of CONFIDENTIAL (J.B.C.), Esq.,
      DCCA NO. 22-BS-0059;
      Disciplinary Docket No. 2021-D193

Dear Mr. Langer

Pursuant to Court of Appeals Rule 28(k), Respondent in the above-referenced matter submits this citation to relevant supplemental authority.

The Supreme Court has decided *West Virginia v. EPA*, 142 S. Ct. 2587 (2022), on June 30, 2022, after briefing in this case had been completed.

*West Virginia* is a landmark administrative law decision holding that a clear statement to delegate power is required in a statute when the entity wielding delegated power seeks to resolve a "major question." *Id*. at 2607-08.

Regulation by state and local Bars of Executive Branch law enforcement discretion in connection with the 2020 presidential election controversies is such a "major question" of political significance. *Id*. There is no clear statement in 28 US.C. § 530B giving the United States Department of Justice or the local D.C. Bar such extraordinary power over the internal deliberations at the highest levels of

1

the executive branch. *See also id.* at 2617, 2621 (Gorsuch, J., concurring) (doctrine protects both separation of powers ***and*** federalism).

This supplemental authority is relevant to the argument in Respondent's Brief in Response to the Motion to Enforce and Cross-Motion to Quash at pp. 14-20, in the Reply Brief in Support of the Motion to Quash at pp. 8-9; and Respondent's Reply Brief in Support of Cross-Motion to Stay Proceedings Before the Board of Professional Responsibility Pending Resolution in This Court, at pp. 8-9.

Respectfully submitted,

cc    Harry W. MacDougald
      Robert Destro
      Jeffrey B. Clark
      Hamilton P. Fox
      Jason R. Horrell

Sincerely,

/s/ Charles Burnham

Charles Burnham, Esq.

2