# EXHIBIT D



Charles Burnham <charles@evgpllc.com>

## In re Clark

**Phil Fox** <FoxP@dcodc.org>  Thu, Oct 6, 2022 at 5:06 PM
To: Charles Burnham <charles@burnhamgorokhov.com>, Jason Horrell <horrellj@dcodc.org>, HarryMacD <HarryMacD@protonmail.com>, Robert Destro <Robert.Destro@protonmail.com>

I generally don't make that determination until after the hearing—the chair doesn't like that because they want to discuss it during their immediate deliberations, but I like to factor in the conduct at the hearing. The law in D.C. lists five or so factors that are to be taken into consideration, but also says that you look to comparable conduct. I don't think there is any comparable conduct, which means this is something that I will need to dwell on. But I do think his conduct at the hearing will be relevant. For example, respondents who give false testimony generally get an enhanced sanction.

**From:** Charles Burnham <charles@burnhamgorokhov.com>
**Sent:** Thursday, October 6, 2022 3:31 PM
**To:** Phil Fox <FoxP@dcodc.org>; Jason Horrell <horrellj@dcodc.org>; HarryMacD <HarryMacD@protonmail.com>; Robert Destro <Robert.Destro@protonmail.com>
**Subject:** [EXT]In re Clark

Mr. Fox,

Have you decided what type of sanction you'll be seeking for Mr. Clark if the Board finds in your favor? Would be happy to discuss by phone if you prefer. Thank you.

--

Charles Burnham
Burnham & Gorokhov PLLC
1424 K St. NW
Washington, DC 20005
phone 202-386-6920
fax 202-765-2173
www.burnhamgorokhov.com

https://www.facebook.com/BurnhamGorokhov